UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Keith William Sullivan,<br><br>                              Petitioner,<br>     v.<br>Perry Russell,<br><br>                              Respondent. | Case No. 3:25-cv-00318-ART-CSD<br><br>Order |

    The Court denied *pro se* 28 U.S.C. § 2254 habeas petitioner Keith William Sullivan's application to proceed *in forma pauperis* and directed him to pay the $5.00 filing fee within thirty days. (ECF No. 5.) That order was served on Sullivan at his address of record. Based on Sullivan's subsequent contact with the Court, it is unclear whether he received that order. (*See* ECF No. 6.)

    It is therefore ordered that the Clerk of Court resend the order at ECF No. 5 to Petitioner. Petitioner has **30 days** from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk of Court.

    It is further ordered that failure to pay the filing fee may result in the dismissal of this action without prejudice and without further prior notice. The Clerk of Court is directed to retain the petition but not file it at this time.

    Dated this 3rd day of October 2025.

 

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1