UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Keith William Sullivan,<br><br>　　　　　　　　Petitioner,<br>　v.<br>Perry Russell,<br><br>　　　　　　　　Respondent. | Case No. 3:25-cv-00318-ART-CSD<br><br>Order |

On October 21, 2025, the minutes of the proceedings of a Global Early Mediation Conference were entered in this case, indicating that Keith Williams Sullivan had settled this *pro se* 28 U.S.C. § 2254 habeas corpus petition in a global settlement that included several civil rights cases. (ECF No. 16.) Sullivan has now filed a motion to exclude this petition from the stipulation to dismiss several other cases with prejudice. (ECF No. 17.) He explains that this petition was included in the global settlement in error and was never discussed during settlement negotiations. Sullivan did not agree to dismiss this habeas case. Good cause appearing, the motion is granted.

The Court also notes that while Sullivan has filed several motions in this case, he has not yet complied with the Court's order to pay the $5.00 filing fee. (ECF No. 5, *see also* ECF No. 15.) The Court will give Sullivan a short extension of time to pay the filing fee.

It is therefore ordered that Petitioner's motion to exclude case from stipulation to dismiss with prejudice **(ECF No. 17) is GRANTED**.

It is further ordered that the Order at **ECF No. 16 is VACATED**.

1

It is further ordered that Petitioner has until **November 17, 2025**, to have the $5.00 filing fee sent to the Clerk of Court.

It is further ordered that failure to pay the filing fee may result in the dismissal of this action without prejudice and without further prior notice. The Clerk of Court is directed to retain the petition but not file it at this time.

Dated this 29th day of October 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2