UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Keith William Sullivan, | Case No. 3:25-cv-00318-ART-CSD |
| Petitioner, | **Order Dismissing Petition without Prejudice, Denying Motions as Moot, Denying Certificate of Appealability and Closing Case** |
| v. | |
| Perry Russell, | |
| Respondent. | |

The Court has already granted *pro se* 28 U.S.C. § 2254 habeas corpus Petitioner Keith William Sullivan's motion to exclude this case from a global settlement he entered into that included several civil rights cases. (ECF No. 18.) So the Court denies his second motion to exclude the case from the settlement as moot. (ECF No. 19.)

While the Court had previously denied his application to proceed *in forma pauperis* and directed him to pay the $5.00 filing fee, instead Sullivan filed numerous motions, including motions for summary judgment and for preliminary injunction. (ECF Nos. 7, 8, 9, 10, 11, 12, and 13.) The Court sua sponte gave Sullivan an extension of time to pay the $5.00 filing fee. (*See* ECF No. 18.) More than the allotted time has passed, and Sullivan has not paid the filing fee. He has instead filed two more motions for summary judgment. (ECF Nos. 20, 21.) The Court has now twice advised Sullivan that failure to pay the filing fee would result in the dismissal of this action without prejudice and without further prior notice. (*See* ECF Nos. 5, 18.) Accordingly, the petition is dismissed without prejudice for failure to comply with this Court's order to pay

the filing fee.

It is therefore ordered that the Clerk of Court detach and file the petition (ECF No. 1-1).

It is further ordered that this action is dismissed without prejudice as set forth in this order.

It is further ordered that the following motions filed by Petitioner are all denied as moot:

- motion to include unincorporated grounds (ECF No. 7)
- motion for constitutional challenge (ECF No. 8)
- motion to file missing documents (ECF No. 9)
- motion for summary judgment (ECF No. 10)
- motion for preliminary injunction (ECF No. 11)
- motion to vacate sentence (ECF No. 12)
- motion for summary judgment (ECF No. 13)
- second motion to exclude case from stipulation (ECF No. 19)
- motion for summary judgment (ECF No. 20)
- motion for summary judgment (ECF No. 21).

It is further ordered that a certificate of appealability will not issue.

The Clerk is directed to enter judgment accordingly and close this case.

Dated this 26th day of November 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE