UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEITH WILLIAM SULLIVAN,

Petitioner,

v.

PERRY RUSSELL, *et al.*,

Respondents.

Case No. 3:25-cv-00318-ART-CSD

ORDER

Petitioner Keith William Sullivan, a *pro se* Nevada prisoner, initiated this case by submitting a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1-1). The Court dismissed this action without prejudice based on Sullivan's failure to comply with the Court's order instructing him to pay the filing fee. ECF No. 23. The Court's order dismissing this action was returned as undeliverable because Sullivan was relocated to another facility and then was housed in the infirmary. Sullivan filed a Notice of Change of Address (ECF No. 22), motions for extension of time (ECF Nos. 27, 28, 31), and a motion for reconsideration (ECF No. 32).

The Court, therefore, reopens this matter and will grant Sullivan an extension of time to pay the filing fee. He has until February 20, 2026, to pay the full $5 filing fee. Petitioner is cautioned that this action may be dismissed without prejudice if Petitioner fails to timely comply with this order. The Court defers screening the petition until Sullivan has complied with this order.

It is therefore ordered that Petitioner Keith William Sullivan's Motions to Extend (ECF Nos. 27, 28, 31) are granted.

It is further ordered that Petitioner's Motion for Reconsideration (ECF No. 32) is granted to the extent he requests that the Court extend time for him to pay the filing fee.

1

It is further ordered that the Clerk of the Court is instructed to reopen this action.

It is further ordered that Petitioner has until February 20, 2026, to pay the full $5 filing fee.

DATED THIS 26th day of January, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE